8/28/17 11:20
Mr. Rombot shall not be removed from Massachusetts until this court has an opportunity to rule on the petition.
Patti B. Saris

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRY HELMUTH ROMBOT )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>ELAINE C. DUKE, Acting Secretary, )<br>United States Department of )<br>Homeland Security )<br>)<br>JEFFERSON B. SESSIONS III, )<br>Attorney General of the United States )<br>)<br>CHRIS M. CRONEN, New England )<br>Field Office Director for Enforcement )<br>And Removal Operations, US )<br>Immigration and Customs Enforcement )<br>)<br>Respondent ) | Civil Action No. |

## PETITION FOR WRIT OF HABEAS CORPUS
## 28 USC Sec. 2241

### Introduction

1. This is a habeas corpus action in which petitioner Terry H. Rombot, a citizen of Indonesia currently in US Immigration and Customs Enforcement (ICE) custody in Plymouth, Massachusetts, asks the Court review the legality of his federal custody and detention.

### Jurisdiction

2. This Court has jurisdiction under the United States Constitution, and Title 28, United States Code, Section 2241; Title 28, United States Code, Section 1331; and Title 5, United States Code, Sections 551 et seq., Administrative Procedures Act.

1